# ATTACHMENT 1

FILED/REC'D
2023 JUL 17 A 10:44
CLERK OF COURT
U.S. DISTRICT COURT

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

**GORMIDOU LAVELA,**

Plaintiff,

vs

(Full name of defendant(s))

**Aaron M. Peloquin,**

Defendant.

Case Number:

__23__ CV __481__ JDP
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

607 North High Street, Apt. #111, Chippewa Falls, WI 54729
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **Aaron M. Peloquin**
(Name)

is (if a person or private corporation) a citizen of **Wisconsin**
(State, if known)

and (if a person) resides at **607 N HIGH ST., Apt. #304**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Unknown.**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

---

1. Defendant's conduct constitutes a violation of 42 USC §3617 of FHA.

2. Defendant's conduct also constitutes a violation of 42, U.S.C. §3631, which makes it a Federal crime to violate the right to fair housing by "harassment or intimidation." The Court has authority to refer case to FBI for investigation, since local police failed to take action to prevent it. Defendant is a habitual violent criminal just released from state prison for a "string of 10 daytime burglaries". He is a menace to society & the Plaintiff.

(See attached detailed statement of the claims.)

C. JURISDICTION

[✓]  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

_____

(See attached written Complaint for Relief Requested).

E.  JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
    OR
☑ Court Trial – I want a judge to hear my case

Dated this 14Th day of JULY 2023.

Respectfully Submitted,

_____
Signature of Plaintiff

**Gormidou Lavela, pro se**

Plaintiff's Telephone Number

**715-912-1365**

Plaintiff's Email Address

**glav4369@hotmail.com**

**607 North High Street, Apt. #111, Chippewa Falls, WI 54729**

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.