IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GORMIDOU Y. LAVELA,

    Plaintiff,

v.

                                                  Case No.  23-cv-481-jdp

AARON M. PELOQUIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant against plaintiff dismissing this case.

| s/ Deputy Clerk | 11/16/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |