# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 10, 2024

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

FRANK H. EASTERBROOK, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 23-3313 | GORMIDOU Y. LAVELA,<br>　　　Plaintiff - Appellant<br><br>v.<br><br>AARON M. PELOQUIN,<br>　　　Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:23-cv-00481-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)